**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**


**THEOLA HENDERSON,
o/b/o NTJ,**

        **Plaintiff,**

**vs.**                                                    **CASE NO. 1:08CV158-MP/AK**

**MICHAEL J. ASTRUE,**

        **Defendants.**

_____/


**O R D E R**

Presently before the Court in the above entitled action is Defendant's Motion for Enlargement of Time to file a responsive memorandum.  (Doc. 13).  Having considered said motion, which is unopposed, the Court finds that it should be **GRANTED**, and Defendant shall have through **May 7, 2009**, to file the memorandum.

        **DONE AND ORDERED** this __*7th*__ day of April, 2009.



                                        *s/ A. KORNBLUM*_____
                                        **ALLAN KORNBLUM
                                        UNITED STATES MAGISTRATE JUDGE**